FILED

02/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0466

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0466

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

RYAN HUNTER ZITNIK,

     Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 4, 2023, within which to prepare, file, and serve its response brief.

**KFS**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 24 2023